John P. Aldrich, Esq.
Nevada Bar No. 6877
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFFORD HUANG,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CIARA B. CARNEY,<br><br>*also known as Ciara Carney*,<br>*also known as Ciara Lynn Shipp*,<br>*also known as Claire Thomas*,<br>*also known as Iris Rose*; JOHN DOES I-X; and JANE DOES I-X;<br><br>　　　　　　　Defendant. | CASE NO.: 19-CV-00845-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER OR OTHERWISE PLEAD**<br><br>(FIRST REQUEST) |

　　　This is the first request to extend time for Defendant to file an Answer or otherwise plead in this matter.

　　　WHEREAS, on May 17, 2019, Plaintiff CLIFFORD HUANG ("Plaintiff") filed a Verified Complaint against Defendant CIARA B. CARNEY ("Defendant");

　　　WHEREAS, on March 24, 2020, Plaintiff filed a Second Motion for Service of Process by Publication [Dkt. #13];

1

WHEREAS, on April 2, 2020, the Court granted Plaintiff's Second Motion for Service of Process by Publication [Dkt. #14];

WHEREAS, on May 19, 2020, counsel for Defendant filed a Notice of Appearance [Dkt. #15];

NOW THEREFORE, the parties hereby stipulate and jointly move the Court for an Order as follows:

1. Defendant shall answer or otherwise respond to the Verified Complaint on or before May 26, 2020, subject to any further orders of the Court.

2. This stipulation will not impact any other deadlines.

IT IS SO ORDERED.

IT IS SO ORDERED

DATED: May 20, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Dated: May 19, 2020 | Dated: May 19, 2020 |
| /s/ John P. Aldrich | /s/ Nicholas M. Wooldridge |
| John P. Aldrich, Esq. | Nicholas M. Wooldridge, Esq. |
| Nevada Bar No. 6877 | Nevada Bar No. 8732 |
| Jamie S. Hendrickson, Esq. | **WOOLDRIDGE LAW, LTD.** |
| Nevada Bar No. 12770 | 400 South 7th Street |
| **ALDRICH LAW FIRM, LTD.** | Las Vegas, NV 89101 |
| 7866 West Sahara Avenue | Tel: (702) 330-4645 |
| Las Vegas, NV 89117 | nicholas@wooldridgelawlv.com |
| Tel:   (702) 853-5490 | |
| Fax:   (702) 227-1975 | *Attorney for Plaintiff* |
| jaldrich@johnaldrichlawfirm.com | |

*Attorneys for Defendant*